UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:16-po-00022-KJN |
| | ) | |
| Plaintiff, | ) | ORDER TO DISMISS AND RECALL BENCH |
| | ) | WARRANTS |
| v. | ) | |
| | ) | |
| DARRELL M. HARRIS, | ) | DATE:  March 8, 2016 |
| | ) | TIME:  9:00 a.m. |
| Defendant. | ) | JUDGE: Honorable Kendall J. Newman |
| | ) | |
| | ) | |
| | ) | |

It is hereby ordered that the plaintiff United States of America's Motion to Dismiss Case Number 2:16-po-00022-KJN without prejudice is GRANTED.

It is further ordered that the bench warrants issued March 8, 2016, on Violation Numbers 4803955 and 4803956 be recalled.

IT IS SO ORDERED.

Dated: January 13, 2022

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

ORDER TO DISMISS & RECALL BW                    1                    U.S. v. DARRELL M. HARRIS